**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

First Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR:_____Angel Orue_____   JOINT DEBTOR:_____   CASE NO.:__17-13379-JKO__
Last Four Digits of SS# ___4241_____   Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of ___60___ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

    A.    $__447.28___ for months __1__ to __60__; in order to pay the following creditors:

Administrative:    Attorney's Fee - $ 3,500.00 + $150.00 Costs = $3,650.00
                      TOTAL PAID   - $ 1,225.00
                      Balance Due  - $ 2,425.00
                      Payable      - $ 396.62 /month  (Months  1  to  5 )
                      Payable      - $ 220.95 /month  (Months  6  to  7 )

Secured Creditors:   [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:
1. _____   Regular Payment $_____/month  (Months  1  to  ___)
Address:_____
Account No: _____

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

Priority Creditors: [as defined in 11 U.S.C. §507]
1.  Internal Revenue Service    Total Due $ 10,551.87
                          Payable  $   10.00     /month  (Months  1  to   5 )
                          Payable  $  175.67     /month  (Months  6  to   7 )
                          Payable  $  191.52     /month  (Months  8  to  60 )

Unsecured Creditors:    Pay    $  0.00  /month (Months  1  to   5 )
                            Pay    $ 10.00  /month (Months  6  to   7 )
                            Pay    $215.10 /month (Months  8  to  60 )

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Caliber Home Loans, Inc (Non-H/s-Mtg – Acct # 9835), PO Box 24330, Oklahoma City, OK 73124 and Rushmore Loan Mgmt Servicing (Non-H/s#2 – Acct # 5338) 15480 Laguna Canyon Rd St., Irvine, CA 92618, being treated outside the Chapter 13 Plan. "Debtor shall provide copies of yearly income tax returns to the Trustee no later than May 15th during the pendency of the Chapter 13 case. In the event Debtor's income or tax refunds increase, Debtor shall increase payments to unsecured creditors over and above payments provided through the plan up to 100% of allowed unsecured claims."

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

    _____/s_____
Debtor
Date:_____08/04/2017_____

LF-31 (rev. 01/08/10)